1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10      TIMOTHY HOBAN,                                      NO. 1:10-cv-00074-GSA-PC

11                                                          ORDER TRANSFERRING CASE TO
                        Plaintiff,                          THE SACRAMENTO DIVISION OF
12                                                          THE EASTERN DISTRICT OF
                 v.                                         CALIFORNIA
13
         CLAUDIA GOODLOW, et al.,
14
                        Defendants.
15      _____

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18      U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §

19      636(c)(1).

20          In his complaint, Plaintiff alleges violations of his civil rights by defendants.  The alleged

21      violations took place in Sacramento County, which is part of the Sacramento Division of the

22      United States District Court for the Eastern District of California.  Therefore, the complaint

23      should have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25      court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26      will be transferred to the Sacramento Division.

27      ///

28      ///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Sacramento; and

4    2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5  filed at:

6                    United States District Court
                    Eastern District of California
7                    501 "I" Street, Suite 4-200
                    Sacramento, CA 95814
8

9    IT IS SO ORDERED.

10
     **Dated:    November 22, 2010**              ____/s/ **Gary S. Austin**____
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2